Case: 2:23-cv-03051-MHW-EPD Doc #: 40-1 Filed: 05/23/24 Page: 1 of 2 PAGEID #: 1008



# HELP US BUILD A BETTER OSU

WWW.SURVIVORSOFOSU.COM

**JOIN US**

## TRANSPARENCY
## ACCOUNTABILITY
## MAJOR REFORMS

E-MAIL US
INFO@SURVIVORSOFOSU.COM

E-MAIL OSU YOUR THOUGHTS
BOARD@OSU.EDU

## OHIO STATE SUED

For over 6 years, OSU has waged war against its own Alumni. An independent investigation found that OSU allowed hundreds of students/athletes to be raped and sexually assaulted by an OSU doctor. OSU knew about it, covered it up and even shredded records. Despite the university's public admissions and apologies, OSU continues to fight survivors in federal court.

## OHIO STATES BOARD OF TRUSTEES
## DEFENDS SEXUAL ABUSE IN FEDERAL COURT
### Jim Jordan, Dave Yost, Matt Dolan & Mike DeWine fail to help

**John W. Zeiger**
Vice Chair, The Ohio State University Board of Trustees
Founding Partner, Zeiger, Tigges & Little LLP

**Hiroyuki Fujita**
Chair, The Ohio State University Board of Trustees
Founder and CEO, Quality Electrodynamics
Chief Technology Officer, CT-MR Division, Canon Medical Systems Corporation

**Alan A. Stockmeister**
Owner and President
FOREMOST MANAGEMENT, INC.

**Gary R. Heminger**
Former Chairman of the Board and CEO
MARATHON PETROLEUM CORP.

**Elizabeth P. Kessler**
Partner-in-Charge
JONES DAY COLUMBUS

**Lewis Von Thaer**
President and CEO
BATTELLE

**Jeff M.S. Kaplan**
Former Secretary and Senior Advisor to the Board of Trustees
THE OHIO STATE UNIVERSITY

**George A. Skestos**
Founder and Managing Principal
ARCADIA HOLDINGS, LLC

**Taylor A. Schwein**
Graduate Student Trustee

**Joshua H.B. Kerner**
Undergraduate Student Trustee

**James D. Klingbeil**
Charter Trustee

**Reginald A. Wilkinson**
President
CONNECTING THE DOTS, LLC

**Michael F. Kiggin**
Principal
CAPITOL STRATEGY GROUP

**Tomislav B. Mitevski**
Executive Vice President
DGD GROUP

**Pierre Bigby**
Founder
BIGBY FINANCIAL PLANNING, LLC

**Juan Jose Perez**
Founding Member
PEREZ MORRIS LAW FIRM

**Bradley R. Kastan**
Senior Vice President
JANNEY MONTGOMERY SCOTT

*Ohio Governor Mike DeWine*

*Wrestling coach Jim Jordan*

## OHIO STATE OF TODAY

The OSU of today lacks a moral compass as it continues to traumatize survivors. OSU has silenced survivors from speaking in meetings, denied sex crimes in court, and continues to employ people involved in the sexual abuse coverup. There is no doubt that the actions of today's OSU are similar to previous administrations. Current and future students are in jeopardy of OSU again turning a blind eye to sexual abuse and trauma. Simply put, OSU cares more about its brand than its students and Alumni.

## OSU'S GAME PLAN FOR SEX CRIMES

Dismiss it
Lie about it
Manipulate it
Shred it
Conceal it
Justify it
Defend it
Cover it up

## 30 YEAR COVERUP AT OSU

IN 2018, OHIO TAXPAYERS FUNDED $6.2 MILLION DOLLAR INVESTIGATION

**FOUND OHIO STATE GUILTY**

OSU PRESIDENTS DRAKE, JOHNSON, & CARTER, PUBLICALLY APOLOGIZED

### OSU REPORTED TO FEDS
2020
192 RAPES
562 SEXUAL ASSAULTS/FONDLING
2021
134 RAPES
553 SEXUAL ASSAULTS/FONDLING
2022
101 RAPES
66 SEXUAL ASSAULTS/FONDLING

### TODAY IN COURT
OHIO STATE
"DENIES IT HAPPENED"

E-MAIL US
INFO@SURVIVORSOFOSU.COM

Yesterday it was us. Tomorrow it may be you.



"Our honor defend we will fight to the end for... O-HI-O"