**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Edward Gonzales,**
*individually and on behalf of all others similarly situated*,

    **Plaintiff,**

    v.

**The Ohio State University,**

    **Defendant.**

Case No. 2:23-cv-3051

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Plaintiff's counsel moves to substitute James Korecko, the Executor for the Estate of John Doe 101, for Plaintiff John Doe 101. Mot. Sub., ECF No. 51. Plaintiff John Doe 101 has passed away. *Id.* Although Defendant originally opposed the motion, *see* Resp., ECF No. 57, the parties have conferred further, and Defendant no longer opposes, Notice, ECF No. 65.

Plaintiff's now-unopposed motion to substitute is **GRANTED** for the same reasons addressed in the Opinion and Order granting substitution in the *Snyder-Hill* case. *See* ECF No. 54 (Case No. 2:93-cv-2993).

The Clerk shall terminate ECF No. 51.

**IT IS SO ORDERED.**

                                        */s/ Michael H. Watson*
                                        **MICHAEL H. WATSON, JUDGE**
                                        **UNITED STATES DISTRICT COURT**