# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| EDWARD GONZALES, et al., | Case No. 2:23-cv-3051 |
| Plaintiffs, | |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

## ORDER

The Court hereby **ORDERS** John Doe 77's counsel to provide a copy of the letter referenced at the October 17, 2024, status conference to the Court for its review *in camera*. John Doe 77's counsel shall email the letter to the Undersigned's career law clerk at Caitlin_Miller@ohsd.uscourts.gov.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT