UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE 162, *et al.*,

    Plaintiffs,

  v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Civil Action 2:23-cv-2991
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

---

STEVE SNYDER-HILL, *et al.*,

    Plaintiffs,

  v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Civil Action 2:23-cv-2993
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

---

WILLIAM KNIGHT, *et al.*,

    Plaintiffs,

  v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Civil Action 2:23-cv-2994
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

JOHN DOE,

    **Plaintiff,**

  v.                                  **Civil Action 2:23-cv-2996**
                                        **Judge Michael H. Watson**
                                        **Magistrate Judge Elizabeth P. Deavers**

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

---

**EDWARD GONZALES,**

    **Plaintiff,**

  v.                                  **Civil Action 2:23-cv-3051**
                                        **Judge Michael H. Watson**
                                        **Magistrate Judge Elizabeth P. Deavers**

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

## NOTICE

    **TAKE NOTICE** that a Telephonic Status Conference will be held before Judge Michael H. Watson and Magistrate Judge Elizabeth A. Preston Deavers on **NOVEMBRR 21, 2024,** at **3:00 P.M**. The parties are directed to call **1-877-336-1280**, enter access code **7598806#**, followed by security code **1234#**.

**DATE: November 7, 2024**                                *s/Sherry Nichols*
                                                              Sherry Nichols, Courtroom Deputy
                                                              Sherry_Nichols@ohsd.uscourts.gov
                                                              614-719-3461