**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Edward Gonzales, *et al.*,**

      **Plaintiffs,**

      **v.**

**The Ohio State University,**

      **Defendant.**

**Case No. 2:23-cv-3051**

**Judge Michael H. Watson**

**Magistrate Judge Deavers**

## ORDER

John Doe 77 failed to file a Plaintiff Fact Sheet by January 3, 2025.

Therefore, per ECF Nos. 85 & 86, John Doe 77's claims are **DISMISSED WITH PREJUDICE** but with each party bearing its own costs.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**