**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| STEVE SNYDER-HILL, et al., | Case No. 2:23-cv-02993 |
| Plaintiffs, | Judge Michael H. Watson |
| v. | Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |
| WILLIAM KNIGHT, et al., | Case No. 2:23-cv-02994 |
| Plaintiffs, | Judge Michael H. Watson |
| v. | Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |
| EDWARD GONZALES, et al., | Case No. 2:23-cv-3051 |
| Plaintiffs, | Judge Michael H. Watson |
| v. | Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE A MEMO IN OPPOSITION TO BOBBY DOUGLAS'S MOTION TO QUASH**

The Court, having reviewed the Consent Motion for Extension of Time to File a Memo in

Opposition to Bobby Douglas's Motion to Question (Doc. __) and finding good cause shown,

hereby GRANTS the Motion.

WHEREFORE, Plaintiffs have until August 15, 2025, to file a memorandum in opposition to Non-Party Bobby Douglas's Motion to Quash (Doc. 115).

_s/ Elizabeth A. Preston Deavers_
UNITED STATES MAGISTRATE JUDGE