# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JOHN DOE 162,

    Plaintiff,

                                                     Case No. 2:23-cv-2991

    v.                                      Judge Michael H. Watson

                                                     Magistrate Judge Deavers

THE OHIO STATE UNIVERSITY,

    Defendant.

---

STEVE SNYDER-HILL, *et al.*,

    Plaintiffs,

                                                     Case No. 2:23-cv-2993

    v.                                      Judge Michael H. Watson

                                                     Magistrate Judge Deavers

THE OHIO STATE UNIVERSITY,

    Defendant.

---

**WILLIAM KNIGHT**, *et al.*,

        **Plaintiffs,**

                                      **Case No. 2:23-cv-2994**

    **v.**                                      **Judge Michael H. Watson**

                                        **Magistrate Judge Deavers**

**THE OHIO STATE UNIVERSITY,**

        **Defendant.**

---

**STEVE GRESOCK,**

        **Plaintiff,**

                                        **Case No. 2:23-cv-2996**

    **v.**                                      **Judge Michael H. Watson**

                                        **Magistrate Judge Deavers**

**THE OHIO STATE UNIVERSITY,**

        **Defendant.**

---

**EDWARD GONZALES**, *et al.*,

       **Plaintiff**,

   v.                     Case No. 2:23-cv-3051

                                      Judge Michael H. Watson

**THE OHIO STATE UNIVERSITY**,      Magistrate Judge Deavers

       **Defendant**.

---

## ORDER

The Ohio State University portrays itself as a different university today than it was when Dr. Richard Strauss abused hundreds of young men—for decades—as its employee. Yet it is *today's* Ohio State that must reckon with the consequences of that ugly past in these cases. It has become obvious, moreover, that any litigation victory for Plaintiffs may be pyrrhic. Rather, the best way for Plaintiffs to close this horrific chapter of their lives, and for Ohio State to move forward as a respectable institution of higher education, is through a mutual resolution short of trial.

The Court thus referred these cases to mediation by Judge Layn Phillips with the assistance of mediators Catherine Geyer and Michelle Yoshida and law clerk Caroline Kedeshian. The Court **ORDERS** an initial mediation term of **SIX MONTHS** at a not-to-exceed monthly cost of $75,000, unless the parties reach settlement before that deadline. Plaintiffs are **ORDERED** to pay **ONE-HALF**, and Defendant is **ORDERED** to pay **ONE-HALF**. The parties are **ORDERED** to file a joint notice setting forth the status

(but not the substance) of mediation discussions on or before **February 27, 2026, by 5:00 p.m.**, at which point the Court will consider whether additional mediation would be productive.

As discussed previously, mediation shall not affect the on-going conduct of discovery on the twenty selected Discovery Plaintiffs or any previously established deadline.  Should the parties wish to extend any litigation deadlines to accommodate mediation, they shall so move.

**IT IS SO ORDERED.**

    *s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**