# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE 162, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>       Defendant. | Case No. 2:23-cv-02991<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |
| STEVE SNYDER-HILL, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>       Defendant. | Case No. 2:23-cv-02993<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |
| WILLIAM KNIGHT, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>       Defendant. | Case No. 2:23-cv-02994<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |
| STEVE GRESOCK,<br><br>       Plaintiffs<br><br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>       Defendant. | Case No. 2:23-cv-2996<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |

| | |
|---|---|
| EDWARD GONZALES, et al.,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-3051<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |

## NOTICE OF DEPOSITION COMPLETION

Pursuant to the Court's order dated June 23, 2025, the Parties jointly inform the Court that the deposition of William Knight (*Knight*) was held on August 20, 2025. The deposition of Jack Cahill (*Knight*) began on August 21st, 2025, but is not yet completed. The deposition of Kate Riffee was held on August 27, 2025. The deposition of Patrick Murray (*Snyder-Hill*) was held on September 17, 2025. The deposition of Steve Gresock (*Snyder-Hill*) was held on September 18, 2025.

Dated: September 22, 2025　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/  Sarah T. Bradshaw
　　　　　　　　　　　　　　　　　　Rex A. Sharp
　　　　　　　　　　　　　　　　　　Sarah T. Bradshaw
　　　　　　　　　　　　　　　　　　Nathan A. Kakazu
　　　　　　　　　　　　　　　　　　SHARP LAW, LLP
　　　　　　　　　　　　　　　　　　4820 W. 75th Street
　　　　　　　　　　　　　　　　　　Prairie Village, KS 66208
　　　　　　　　　　　　　　　　　　Phone : (913) 901-0505
　　　　　　　　　　　　　　　　　　Fax : (913) 261-7564
　　　　　　　　　　　　　　　　　　rsharp@midwest-law.com
　　　　　　　　　　　　　　　　　　sbradshaw@midwest-law.com
　　　　　　　　　　　　　　　　　　nkakazu@midwest-law.com

　　　　　　　　　　　　　　　　　　Simina Vourlis (0046689) (Trial Attorney)
　　　　　　　　　　　　　　　　　　The Law Offices of Simina Vourlis
　　　　　　　　　　　　　　　　　　856 Pullman Way
　　　　　　　　　　　　　　　　　　Columbus, OH 43212-3860
　　　　　　　　　　　　　　　　　　Phone: (614) 487-5900
　　　　　　　　　　　　　　　　　　Fax: (614) 487-5901
　　　　　　　　　　　　　　　　　　Email: svourlis@vourlislaw.com

Robert Allard
CERRI BOSKOVICH AND ALLARD, LLP
96 North Third Street, Suite 620
San Jose, CA 95112
Phone: (408) 289-1417
Fax: (408) 289-8127
rallard@cmalaw.net

Stephen Estey
ESTEY & BOMBERGER LLP
2869 India Street
San Diego, CA 92103
Phone: 619-295-0035
Fax: 619-295-0172
steve@estey-bomberger.com

Daniel R. Karon
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Phone: 216.622.1851
dkaron@karonllc.com

Joseph Sauder
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, PA 19312
Phone: (610) 200-0580
Fax: (610) 421-1326
jgs@sstriallawyers.com

Counsel for the *Gonzales* Plaintiffs (*Gonzales, et al.*, Case No. 2:23-cv-3051)

SCOTT ELLIOTT SMITH, LPA
Scott E. Smith (0003749)
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail:ses@sestriallaw.com

Ilann M. Maazel (admitted pro hac vice)
Debra L. Greenberger (admitted pro hac vice)
600 Fifth Avenue
New York, New York 10020
Phone: (212) 763-5000

Fax: (212) 763-5001
E-Mail: imaazel@ecbawm.com
E-Mail: dgreenberger@ecbawm.com

Adele P. Kimmel (admitted pro hac vice)
Alexandra Brodsky (admitted pro hac vice)
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net

Counsel for the *Snyder-Hill* Plaintiffs (*Snyder-Hill, et al.*, Case No. 2:23-cv-02993)

J.C. Ratliff (0027898)
Rocky Ratliff (0089781)
200 West Center Street
Marion, Ohio 43302
Telephone: 740.383.6023
Facsimile: 740.383.2066
attorney.ratliff@gmail.com
attorneyrockyratliff@gmail.com

Counsel for the *Knight* Plaintiffs (*Knight, et al.* Case No. 2:23-cv-02994)

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on September 22, 2025. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ *Sarah T. Bradshaw*

Sarah T. Bradshaw

Counsel for the *Gonzales* Plaintiffs
(*Gonzales, et al.*, Case No. 2:23-cv-3051)

4