# Exhibit 2

## ZEIGER, TIGGES & LITTLE LLP

TELEPHONE: (614) 365-9900
FACSIMILE: (614) 365-7900

ATTORNEYS  AT  LAW

3500 HUNTINGTON CENTER
41 SOUTH HIGH STREET
COLUMBUS, OHIO 43215

WRITER'S DIRECT NUMBER:

(614) 365-9905

March 13, 2024

**VIA ELECTRONIC MAIL**

Scott E. Smith, Esq.
Scott Elliott Smith, LPA
5003 Horizons Drive, Suite 101
Columbus, Ohio 43220

      Re:    <u>Steve Snyder-Hill, et al. v. The Ohio State University</u>, Case No. 2:23-cv-02993-MHW-EPD

Dear Mr. Smith:

As you are aware, our Firm is counsel to Leslie H. Wexner.  We object to the subpoena insofar as it was not properly served as required under Fed. Civ. R. Rule 45(b)(1).

Subject to and without waiving the foregoing objection, I can confirm that Mr. Wexner is not in possession or control of any documents that are responsive to the subpoena and that no documents are being withheld on the basis of the above-stated objection.

      Very truly yours,

      Matthew S. Zeiger

cc:    Michael H. Carpenter, Esq. (via email)

172069