# Exhibit 3

| | |
|---|---|
| **From:** | Sarah Bradshaw |
| **To:** | zeigerm@litohio.com |
| **Cc:** | Rex Sharp; Bradley Thomas; Nathan Kakazu; Summer Tetuan; Ilann M. Maazel; Sonya Levitova; Debbie Greenberger; Scott Smith; Rocky Ratliff; Michael H. Carpenter; Timothy R. Bricker; David J. Barthel |
| **Subject:** | Gonzales / Knight / Snyder-Hill v. OSU subpoena |
| **Date:** | Friday, September 5, 2025 3:29:00 PM |
| **Attachments:** | image001.jpg<br>Depo Sub - Les Wexner.pdf |

Hi Matthew,

We represent Plaintiffs in the above-captioned case. We are attaching a subpoena for your client Mr. Wexner's deposition, since you previously accepted service of our document subpoena. Please confirm if you will accept service of the attached or if we need to serve him personally. Have a nice weekend.

Thanks,

Sarah Bradshaw
4820 W. 75th Street
Prairie Village KS 66208
(913) 214-9884

https://sharplawllp.com/



The information contained in this email (and any attachments), is attorney PRIVILEGED and CONFIDENTIAL information intended only for the use of the individual or entity(s) to whom it is addressed. If you are not the intended recipient, or party authorized to deliver it to the intended recipient, DO NOT read, forward, copy, disclose, distribute, or use this communication in any manner, send us a reply indicating your receipt, and DELETE the email and any attachments permanently from your system.