# Exhibit 4

# ZEIGER, TIGGES & LITTLE LLP

TELEPHONE: (614) 365-9900
FACSIMILE: (614) 365-7900

ATTORNEYS AT LAW
8000 WALTON PARKWAY, SUITE 260
NEW ALBANY, OHIO 43054

WRITER'S DIRECT NUMBER:
(614) 365-9905

September 10, 2025

**VIA ELECTRONIC MAIL**

Sarah Bradshaw
4820 W. 75th Street
Prairie Village KS 66208
sbradshaw@midwest-law.com

Re:  Gonzales / Knight / Snyder-Hill v. OSU subpoena

Dear Ms. Bradshaw:

I am in receipt of your recent email.

Your email incorrectly states that our Firm has previously accepted service of a document subpoena on Mr. Wexner's behalf. That is not correct. Attached is my March 13, 2024 letter to Scott Smith objecting to the subpoena, including because of a failure of service. Notwithstanding my objections, I did confirm as a courtesy to Mr. Smith and his co-counsel that Mr. Wexner was not in possession of any responsive documents to the tendered, but not accepted, subpoena.

It is unclear why you are seeking Mr. Wexner's deposition in this matter. We have no reason to believe the University has identified him as a witness and otherwise do not believe he has any personal information relevant to the claims or defenses. Presumably his deposition is not being sought as a designee of the University since Rule 30(b)(6) prescribes the mechanism for securing such testimony.

If there are any documents or testimony suggesting our understanding is incorrect, please advise so that we can assess how best to respond to your inquiry.

Very truly yours,

Matthew S. Zeiger

Enclosure
cc w/ encl:  Marion H. Little, Jr.

770-980/1065137