# Exhibit 6

# ZEIGER, TIGGES & LITTLE LLP

TELEPHONE: (614) 365-9900
FACSIMILE: (614) 365-7900

ATTORNEYS AT LAW
8000 WALTON PARKWAY
SUITE 260
NEW ALBANY, OHIO 43054

WRITER'S DIRECT NUMBER:
(614) 365-4113
LITTLE@LITOHIO.COM

October 10, 2025

**<u>Via Email</u>**

Sarah Bradshaw, Esq.
Sharp Law LLP
4820 W. 75th Street
Prairie Village KS 66208
sbradshaw@midwest-law.com

        Re:    Leslie Wexner

Dear Sarah:

We are writing in response to your prior three emails concerning your request to depose Leslie Wexner. My colleague Matt Zeiger is out of the office this week.

Based upon our review of the publicly available information pertaining to this case, we cannot discern how Mr. Wexner's generosity as a donor or his Board membership during the time frames 1988 to 1997 and 2005 to 2012 suggests that Mr. Wexner has discoverable information. From the materials reviewed, it was March 2018 when Ohio State received a report of sexual abuse by Richard Strauss; it was April 5, 2018 when Ohio State announced an investigation and notified to the Columbus Division of Police, and it was on May 17, 2019 that Ohio State issued the Perkins Coie Report.

We presume the discovery in the litigation has been exhaustively pursued against the University, both through extensive document collection and review and depositions. It has been publicly reported that various non-parties have also been deposed. If there is any information you possess suggesting the aforementioned timeline is inaccurate, please provide it to us for our evaluation.

We add that the University has not, to our knowledge, designated Mr. Wexner in any Rule 26 disclosure as a person possessing knowledge relevant to this litigation and has not otherwise identified Mr. Wexner as a witness. If the University had done so for whatever reason, then a deposition would be appropriate. But as of now, no information from any source suggests Mr. Wexner has relevant information--nothing from the Defendant, Plaintiff, and/or any publicly filed record.

ZEIGER, TIGGES & LITTLE LLP

Sarah Bradshaw, Esq.
October 10, 2025
Page 2

Given the foregoing, we are interested as to the basis for your claim that Mr. Wexner "probably interacted in other ways with Dr. Strauss and those who were sexually assaulted." What is your basis for this comment? We know of no interaction between Mr. Wexner and Dr. Strauss or those who have made allegations of sexual assault. If you have any factual basis for your belief, we will review it. Otherwise, it is unclear as to what proper purpose your seeking Mr. Wexner's deposition or an affidavit serves.

Please contact the undersigned should you have any questions.

Very truly yours,

Marion H. Little, Jr.

Mhl:tlt:770-980:1067504