# Exhibit 7

UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| **Edward Gonzales et al.** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 23-cv-3051 |
| ) | |
| **The Ohio State University** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF NONSERVICE

I, Sean Horujko, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve Leslie Wexner as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: September 13, 2025 1:01 pm
Address: 4500 Kitzmiller Rd, New Albany, OH 43054
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=40.0666387,-82.7953724
Description of attempt: I spoke with security. They are unwilling to accept service or entry. They refused to provide any information regarding the named individual. . Security personnel prevented access to the property. No additional contacts were made.

Serve Attempt #2
Date / Time: September 23, 2025 3:30 pm
Address: 234 Meiling Hall 370 W 9th Ave, Columbus, OH 43210
Photo: See Exhibits 2a, 2b, 2c below
Geolocation: https://google.com/maps?q=39.993768,-83.0168424
Description of attempt: Beginning of surveillance at 3:30pm and ending at 5:30pm

Serve Attempt #3

Date / Time: September 23, 2025 5:30 pm
Address: 234 Meiling Hall 370 W 9th Ave, Columbus, OH 43210
Photo: See Exhibits 3a, 3b, 3c, 3d below
Geolocation: https://google.com/maps?q=39.9937696,-83.016855
Description of attempt: Spoke with the representatives in room 234 indicating this was a committee meeting not the board of trustees meeting. Additionally they indicated that Leslie Wexner no longer attends meetings as well as his wife no longer does as well due to the high profile nature of himself as well as political "recent events". After waiting, it has been confirmed on my end that he did not arrive and my advice moving forward would be a sheriff service or finding the registered agent or law firm that represents Leslie Wexner that can accept service.

Total Cost: $570.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Franklin County   ,
   OH    on    10/2/2025    .

/s/ *Sean Horujko*
Signature
Sean Horujko
+1 (513) 675-9406

Exhibit 1a)







Exhibit 2b)



Exhibit 2c)



Exhibit 3a)



Exhibit 3b)



Exhibit 3c)



Exhibit 3d)