| | |
|---|---|
| **From:** | Matthew S. Zeiger |
| **To:** | Lindsay Nash; sbradshaw@midwest-law.com |
| **Cc:** | Marion H. Little |
| **Subject:** | RE: Gonzales / Knight / Snyder-Hill v. OSU subpoena [ZTL-ZTLDMS.FID64411] |
| **Date:** | Friday, September 26, 2025 12:23:51 PM |
| **Attachments:** | 25-09-10_Bradshaw re subp.pdf<br>Ltr.Smith.3.13.pdf |

Ms. Bradshaw,

I am again following up on my attached letter. Despite it being sent two weeks ago, we have received no response.

If you are still requesting Mr. Wexner's deposition, we would again renew our request, as stated in my letter, that you please identify what discoverable information you believe Mr. Wexner possesses so we can consider your request.

I look forward to hearing from you.

Matt

---

**From:** Lindsay Nash <nash@litohio.com>
**Sent:** Wednesday, September 10, 2025 2:38 PM
**To:** sbradshaw@midwest-law.com
**Cc:** Matthew S. Zeiger <zeigerm@litohio.com>; Marion H. Little <little@litohio.com>
**Subject:** Gonzales / Knight / Snyder-Hill v. OSU subpoena [ZTL-ZTLDMS.FID64411]

Ms. Bradshaw:

On behalf of Matthew Zeiger, please see the attached correspondence.

Thank you,

Lindsay

**Lindsay A. Nash**

Assistant to Matthew S. Zeiger, Esq.
& Lauren P. Rubin, Esq.
ZEIGER, TIGGES & LITTLE LLP
8000 Walton Parkway, Suite 260
New Albany, Ohio 43054
Direct: (614) 324-5082
Office: (614) 365-9900
Facsimile: (614) 365-7900

EXHIBIT D

## ZEIGER, TIGGES & LITTLE LLP

TELEPHONE: (614) 365-9900
FACSIMILE: (614) 365-7900

ATTORNEYS AT LAW
8000 WALTON PARKWAY, SUITE 260
NEW ALBANY, OHIO 43054

WRITER'S DIRECT NUMBER:
(614) 365-9905

September 10, 2025

**VIA ELECTRONIC MAIL**

Sarah Bradshaw
4820 W. 75th Street
Prairie Village KS 66208
sbradshaw@midwest-law.com

      Re:    Gonzales / Knight / Snyder-Hill v. OSU subpoena

Dear Ms. Bradshaw:

    I am in receipt of your recent email.

    Your email incorrectly states that our Firm has previously accepted service of a document subpoena on Mr. Wexner's behalf. That is not correct. Attached is my March 13, 2024 letter to Scott Smith objecting to the subpoena, including because of a failure of service. Notwithstanding my objections, I did confirm as a courtesy to Mr. Smith and his co-counsel that Mr. Wexner was not in possession of any responsive documents to the tendered, but not accepted, subpoena.

    It is unclear why you are seeking Mr. Wexner's deposition in this matter. We have no reason to believe the University has identified him as a witness and otherwise do not believe he has any personal information relevant to the claims or defenses. Presumably his deposition is not being sought as a designee of the University since Rule 30(b)(6) prescribes the mechanism for securing such testimony.

    If there are any documents or testimony suggesting our understanding is incorrect, please advise so that we can assess how best to respond to your inquiry.

                Very truly yours,

                Matthew S. Zeiger

Enclosure
cc w/ encl:    Marion H. Little, Jr.

770-980/1065137

# ZEIGER, TIGGES & LITTLE LLP

TELEPHONE: (614) 365-9900
FACSIMILE: (614) 365-7900

ATTORNEYS AT LAW
3500 HUNTINGTON CENTER
41 SOUTH HIGH STREET
COLUMBUS, OHIO 43215

WRITER'S DIRECT NUMBER:
(614) 365-9905

March 13, 2024

**VIA ELECTRONIC MAIL**

Scott E. Smith, Esq.
Scott Elliott Smith, LPA
5003 Horizons Drive, Suite 101
Columbus, Ohio 43220

    Re:    <u>Steve Snyder-Hill, et al. v. The Ohio State University</u>, Case No. 2:23-cv-02993-MHW-EPD

Dear Mr. Smith:

As you are aware, our Firm is counsel to Leslie H. Wexner. We object to the subpoena insofar as it was not properly served as required under Fed. Civ. R. Rule 45(b)(1).

Subject to and without waiving the foregoing objection, I can confirm that Mr. Wexner is not in possession or control of any documents that are responsive to the subpoena and that no documents are being withheld on the basis of the above-stated objection.

                               Very truly yours,

                               Matthew S. Zeiger

cc:    Michael H. Carpenter, Esq. (via email)

172069