

| | |
|---|---|
| **From:** | Sarah Bradshaw |
| **To:** | Matthew S. Zeiger; Lindsay Nash |
| **Cc:** | Marion H. Little |
| **Subject:** | RE: Gonzales / Knight / Snyder-Hill v. OSU subpoena [ZTL-ZTLDMS.FID64411] |
| **Date:** | Monday, October 6, 2025 10:23:13 AM |

Hi Matt,

Mr. Wexner was on the Board of Trustees during at least a decade of Strauss' tenure (including when he was ultimately non-renewed and allowed Emeritus status), is one of OSU's largest donors, and probably interacted in other ways with Dr. Strauss and those who were sexually assaulted. If you contend that Mr. Wexner has no knowledge of Dr. Strauss or any his victims, and the investigation that ensued, then we might consider an affidavit. Otherwise, we would ask that you accept service, and let's pick a date. His evading service—to use your words—furthers our concerns that the deposition is being avoided for improper purposes.

Hope you had a nice weekend.

Thanks,

Sarah Bradshaw

4820 W. 75th Street

Prairie Village KS 66208

(913) 214-9884

https://sharplawllp.com/



The information contained in this email (and any attachments), is attorney PRIVILEGED and CONFIDENTIAL information intended only for the use of the individual or entity(s) to whom it is addressed. If you are not the intended recipient, or party authorized to deliver it to the intended recipient, DO NOT read, forward, copy, disclose, distribute, or use this communication in any manner, send us a reply indicating your receipt, and DELETE the email and any attachments permanently from your system.

**From:** Matthew S. Zeiger <zeigerm@litohio.com>
**Sent:** Wednesday, October 1, 2025 9:32 PM
**To:** Sarah Bradshaw <sbradshaw@midwest-law.com>; Lindsay Nash <nash@litohio.com>
**Cc:** Marion H. Little <little@litohio.com>
**Subject:** RE: Gonzales / Knight / Snyder-Hill v. OSU subpoena [ZTL-ZTLDMS.FID64411]

Sarah:

We are willing to consider your request if you can articulate how Mr. Wexner has any personal knowledge of any information that would be discoverable in your case. The unwillingness, or inability, to articulate any personal knowledge you believe he has furthers our concern that his deposition is being sought for improper purposes.

As we have been saying for the past month, we are more than willing to consider your request but do need to understand the basis for it.

Matt

---

**From:** Sarah Bradshaw <sbradshaw@midwest-law.com>
**Sent:** Monday, September 29, 2025 3:29 PM
**To:** Matthew S. Zeiger <zeigerm@litohio.com>; Lindsay Nash <nash@litohio.com>
**Cc:** Marion H. Little <little@litohio.com>
**Subject:** RE: Gonzales / Knight / Snyder-Hill v. OSU subpoena [ZTL-ZTLDMS.FID64411]

Hi Matt,

Thanks for reaching out again. If you can agree to accept service of the subpoena for Mr. Wexner, I would be happy to engage in this discussion and further explain our position.

Sarah Bradshaw
4820 W. 75th Street
Prairie Village KS 66208
(913) 214-9884
https://sharplawllp.com/

**SHARP LAW**

The information contained in this email (and any attachments), is attorney PRIVILEGED and CONFIDENTIAL information intended only for the use of the individual or entity(s) to whom it is addressed. If you are not the intended recipient, or party authorized to deliver it to the intended recipient, DO NOT read, forward, copy, disclose, distribute, or use this communication in any manner, send us a reply indicating your receipt, and DELETE the email and any attachments permanently from your system.

---

**From:** Matthew S. Zeiger <zeigerm@litohio.com>
**Sent:** Friday, September 26, 2025 11:24 AM
**To:** Lindsay Nash <nash@litohio.com>; Sarah Bradshaw <sbradshaw@midwest-law.com>
**Cc:** Marion H. Little <little@litohio.com>
**Subject:** RE: Gonzales / Knight / Snyder-Hill v. OSU subpoena [ZTL-ZTLDMS.FID64411]

Ms. Bradshaw,

I am again following up on my attached letter.  Despite it being sent two weeks ago, we have received no response.

If you are still requesting Mr. Wexner's deposition, we would again renew our request, as stated in my letter, that you please identify what discoverable information you believe Mr. Wexner possesses

so we can consider your request.

I look forward to hearing from you.

Matt

---

**From:** Lindsay Nash <nash@litohio.com>
**Sent:** Wednesday, September 10, 2025 2:38 PM
**To:** sbradshaw@midwest-law.com
**Cc:** Matthew S. Zeiger <zeigerm@litohio.com>; Marion H. Little <little@litohio.com>
**Subject:** Gonzales / Knight / Snyder-Hill v. OSU subpoena [ZTL-ZTLDMS.FID64411]

Ms. Bradshaw:

On behalf of Matthew Zeiger, please see the attached correspondence.

Thank you,

Lindsay


**Lindsay A. Nash**

Assistant to Matthew S. Zeiger, Esq.
& Lauren P. Rubin, Esq.
ZEIGER, TIGGES & LITTLE LLP
8000 Walton Parkway, Suite 260
New Albany, Ohio 43054
Direct: (614) 324-5082
Office: (614) 365-9900
Facsimile: (614) 365-7900