# ZEIGER, TIGGES & LITTLE LLP

TELEPHONE: (614) 365-9900
FACSIMILE: (614) 365-7900

ATTORNEYS AT LAW
8000 WALTON PARKWAY
SUITE 260
NEW ALBANY, OHIO 43054

WRITER'S DIRECT NUMBER:
(614) 365-4113
LITTLE@LITOHIO.COM

December 10, 2025

**EXHIBIT J**

**Via Email**

Sarah Bradshaw, Esq.
4820 W. 75th Street
Prairie Village KS 66208
sbradshaw@midwest-law.com

    Re:    Edward Gonzales, et al. v. The Ohio State University
            United States District Court, Southern District of Ohio
            Case No. 2:23cv-3051 (Watson, J.)

Dear Ms. Bradshaw:

        We are writing in reference to your December 4, 2025, email to our offices, wherein you asked that we reconsider our position and accept service of a subpoena upon Mr. Wexner.

        We have reviewed your motion for alternative service, together with various public filings from the subject litigation. Our review reconfirms our position on this matter. First, neither in your prior correspondence nor in your submission to the Court, have you stated a legitimate basis for any deposition of Mr. Wexner. Nor have you explained how taking Mr. Wexner's deposition is consistent with the District Court's case management order staying discovery except as to information relevant to the Discovery Plaintiffs. Just the contrary is true: it appears that the deposition of Mr. Wexner is being sought for improper means and to further contribute to the media frenzy created by impermissible extrajudicial statements, the improper disclosure of confidential information, and various other media stunts.

        Second, a review of the file indicates that the District Court Judge has scrutinized and expressed significant concerns as to the Plaintiffs' discovery tactics and stated discovery objectives. If the Court were to permit alternative service, we will offer a record establishing the inappropriateness of the proposed discovery.

        In short, nothing has changed. Your clients have failed to satisfy their affirmative obligation to accomplish service. And more substantively, no credible basis has been articulated to support any discovery from Mr. Wexner.

        Please contact the undersigned should you have any questions.

        Very truly yours,

        Marion H. Little, Jr.

Mhl:tlt:770-980:1072627