**EXHIBIT**

**M**

December 5, 2019

The Honorable David Yost
Attorney General, State of Ohio
30 E. Broad St. 14th Floor
Columbus, OH 43215
Fax: 614-644-5438 (without enclosures)
Regular mail with enclosures

The Honorable David DeVillers
United States Attorney, Southern District of Ohio
303 Marconi Blvd, Suite 200
Columbus, OH 43215
Fax: 614-469-5653 (without enclosures)
Regular mail with enclosures

RE: Request for Investigation into allegations of Maria Farmer against Abigail and Leslie Wexner for their complicity in helping Jeffrey Epstein assault young women and cover-up those crimes in Ohio.

Dear Attorney General Yost and United States Attorney DeVillers,

      We are writing to ask that you open an investigation into the allegations of Maria Farmer, who states she was violently sexually assaulted by Jeffrey Epstein and Ghislaine Maxwell on property owned and secured by Abigail and Leslie Wexner in new Albany, Ohio, in the summer of 1996. Please see attached the lawsuit filed by Ms. Farmer in the Southern District of New York and a Washington Post article, dated October 5, 2019, that describe the circumstances of the attack and the Wexners' apparent complicity in the attack and/or cover-up of it.

      As you may know, we are all victims of the sexual assaults committed by Dr. Richard Strauss while varsity athletes at Ohio State University and victims of Ohio State's multi-decade cover-up of that abuse. We know first-hand the additional damage inflicted when the powerful cover-up the crimes of monsters like Dr. Richard Strauss and Jeffrey Epstein, as Ohio State has done and Abigail Wexner appears to be doing. The allegations raised by Ms. Farmer are terrifying and bear directly on our own fight for justice.

      According to published reports, Maria Farmer was a New York City artist who was employed by Jeffrey Epstein. Epstein and Leslie Wexner were business partners and Epstein held power of attorney authority over Wexner's finances. Epstein brought Farmer to the Wexner's 336 acre estate in New Albany in the summer of 1996 to work on an art project in the Wexner's guesthouse, which was surrounded by the Wexner estate. Ms. Farmer became an artist in residence that summer. Nefariously, the Wexner security team effectively held Ms. Farmer captive in the guesthouse and she could only leave the property with permission from Abigail Wexner (Washington Post interview). Although Ms. Farmer never met Abigail Wexner in person, they did talk on the phone when Ms. Farmer wanted to leave. Epstein told Farmer, "Les

1

[Wexner] loves me. He'll let me do anything." Farmer did not know that meant hold her captive with the assistance of the Wexner security team and sexually assault her.

On the day Ms. Farmer was assaulted by Epstein and Maxwell, she called 911 and the Franklin County Sheriff's Department. She did now know that Sheriff deputies were employed by Abigail and Leslie Wexner to guard their estate. Importantly, no one came to help Ms. Farmer. When she tried to leave the property, the Wexner security team detained her against her will for 12 hours. In the morning after the assault, a Wexner security guard told Ms. Farmer: "You aren't leaving, you're not going anywhere." Later that morning, Farmer was picked up by her father, who drove in from out-of-state to rescue his distressed daughter.

During the summer of 1996 when Ms. Farmer was being held captive by the Wexners, Leslie Wexner was a member of the Board of Trustees at Ohio State University, which at the time was continuing to cover-up for the serial misdeeds of perhaps the most prolific sexual assaulter in American history, Dr. Richard Strauss. That these events were taking place simultaneously is not a coincidence in our view. Currently, while we are trying to get justice from Ohio State, Abigail Wexner serves as vice-chair of the Board of Trustees at OSU. It defies comprehension that Mrs. Wexner is still on the Board of Trustees given the credible allegations of her complicity in keeping Ms. Farmer captive for Jeffrey Epstein in 1996, while, at the same time, Ohio State grapples with how to atone for its complicity in allowing a monster to prey on its students for nearly two decades. Simply put, given the allegations, it appears Mrs. Wexner is as guilty as Ohio State was in facilitating the crimes of a serial sexual predator. To its credit, Ohio State hired an independent law firm to evaluate its conduct *vis-à-vis* Dr. Richard Strauss. We are asking nothing more than a similar independent review of the Wexners' conduct *vis-à-vis* Maria Farmer and Jeffery Epstein.

Ohio State, in a statement released on July 16, 2019, concerning a review of the financial contributions to the University from Jeffrey Epstein, called Epstein's crimes "reprehensible." See attached Statement. Yet, Ohio State continues to keep on its Board of Trustees a woman who is credibly accused of facilitating at least one of those reprehensible crimes, according to published reports. The idea that Ohio State would continue to value the services of Abigail Wexner, given the current allegations against her and given how Ohio State turned a blind eye to Dr. Strauss's reprehensible conduct, does irreparable harm to the victims of Dr. Strauss and further damages the reputation of the University we all love. Although we understand it is Ohio State's decision to continue to embrace the Wexner family despites its ties to, and complicity with, the "reprehensible" Epstein, we believe that decision undermines the core values of the institution and contradicts OSU's stated desire to put its own reprehensible history with Dr. Strauss behind it. Only OSU can balance the values of the institution and the safety of its students against potential future financial contributions from Abigail and Leslie Wexner. We also understand this evaluation by OSU is a moral issue, not a criminal justice one. However, complicity to violent sexual assault is. Ms. Farmer's calls to law enforcement were ignored in 1996. We ask that you open (re-open?) that case now. Justice denied to one victim of sexual abuse is justice denied to all victims. Given how the Wexners, Epstein and Ohio State are inextricably tied to predatory sexual abusers, we ask that a thorough investigation—state and federal—be undertaken to determine Abigail and Leslie Wexner's role in the facilitating or covering-up the Farmer sexual assault at their estate with the assistance of their security team. Only by holding accountable

2

those who promote sexual assault can we expiate the sins of the past and present, allowing all victims of Dr. Strauss to move forward in a healthy and productive manner.

Respectfully Requested,

_____
William Knight

_____
Eric Smith

_____
Mike Rodriguez

_____
Dunyasha Yetts

_____
Mark Coleman