**EXHIBIT**

**O**

February 7, 2020

Randall J. Meyer, Ohio Inspector General
Ohio Inspector General's Office
30 E. Broad Street, Suite 2940
Columbus, Ohio 43215
OIG_Watchdog@oig.ohio.gov
Fax: 614-644-9504

RE: Request for Investigation into:
1. Allegations of Maria Farmer against Abigail Wexner for her complicity in helping Jeffrey Epstein assault a young woman in Ohio and cover-up that crime; and
2. Jeffrey Epstein's relationship with Ohio State University

Dear Inspector General Meyer,

We, victims of abuse at Ohio State at the hands of Dr. Richard Strauss, who were further victimized by Ohio State's complicity and decade's long cover-up of that abuse, ask that you open an investigation into the allegations that the current Vice-Chair of the Board of Trustees Abigail Wexner helped Jeffrey Epstein sexually assault a young woman named Maria Farmer and open a second investigation into the relationship between alleged sex trafficker/pedophile Jeffrey Epstein, Wexner, and Ohio State University. We will address each requested investigation separately, although a great deal of overlap exists between these two requests.

## ABIGAIL WEXNER

As you likely know from published reports, and our prior letter dated December 5, 2019, which is attached to this letter, Abigail Wexner was described to have held Maria Farmer captive on her estate in New Albany, or that portion of her estate that belonged to Jeffrey Epstein, in 1996. Ms. Farmer reports that she was sexually assaulted by Jeffrey Epstein and Ghislaine Maxwell, that she could not leave for at least 12 hours after the assault occurred, and that Abigail Wexner largely restricted her physical movements during that period. In other words, Ms. Farmer has accused Abigail Wexner of holding her hostage for Jeffrey Epstein. Please see also see the Washington Post story of October 5, 2019, which detail these shocking allegations.

You may know, our December 5, 2019, letter prompted a response of bureaucratic nihilism from the Ohio Attorney General claiming he could not get involved unless the local county prosecutor asked for assistance, and United States Attorney DeVillers, who has not responded at all. Thus, we turn to you for help, primarily because of Abigail Wexner's status as Vice Chair of the Board of Trustees at OSU. Given these public allegations against Mrs. Wexner, it is extremely difficult for us to comprehend why OSU maintains its relationship with Abigail Wexner and her family, particularly in light of the history of damning sexual violence issues on campus and those same issues involving the Wexner family and its companies, and both their relationship with the notorious Jeffrey Epstein. It seems obvious to us for Ohio State to properly make amends to its victims and to ensure the safety of current and future student bodies, it must cleanse itself of its shameful relationships with pedophiles and sex traffickers and

1

those who enabled them, including both Abigail and Leslie Wexner. Here is a small sampling of the disreputable issues currently facing the University and the Wexners:

-OSU has failed to manage the fall-out from the Perkins Coie report that concluded Ohio State knew Dr. Strauss was sexually assaulting students, but did nothing to stop him;

-OSU dissolved its Sexual Civility and Empowerment in 2018 because those employees failed to report dozens of felonies and blamed the victims for their assaults (https://www.reuters.com/article/us-ohio-education-sexcrimes/ohio-state-university-closes-sexual-assault-unit-cites-mismanagement-idUSKBN1JG26P);

-OSU has failed to handle the increasing number of rapes on campus since 2015 (https://www.wcbe.org/post/data-shows-number-reported-osu-campus-rapes-increasing);

-Les Wexner created a culture of misogyny, body shaming, and sexual abuse at Victoria's Secret (https://www.nytimes.com/2020/02/01/business/victorias-secret-razek-harassment.html);

-Les Wexner gave Jeffrey Epstein access to Victoria's Secret models, whom he assaulted. (https://www.nytimes.com/2020/02/01/business/victorias-secret-razek-harassment.html)

-Abigail Wexner was complicit in the sexual assault of Maria Farmer in New Albany. (Washington Post, Oct. 5, 2019, "Epstein accuser holds Victoria's Secret billionaire responsible, as he keeps his distance)

Given Maria Farmer's allegations against Abigail Wexner, and her current position as Vice Chair of the Board of Trustees, Ms. Farmer's allegations must be investigated by an independent entity. Please recall that Ms. Farmer has alleged that the County Sheriff's office was not interested in helping her after her assault, likely because the Wexner family employed deputy sheriffs to guard their estate. (Washington Post, Oct. 5, 2019, "Epstein accuser holds Victoria's Secret billionaire responsible, as he keeps his distance"). Because of this glaring conflict of interest with local officials, we did not ask a county prosecutor to begin the investigation initially and instead reached out directly to the Attorney General and the US Attorney for the Southern District of Ohio two months ago. As mentioned, both declined to investigate, one explicitly and one by inaction.

We know that you have authority under Ohio Revised Code section 121.42 to conduct investigations on your own initiative into the management and operation of "state agencies" to determine whether "wrongful acts" have been committed or are being committed by state officers or employees. Although Ohio State University may or may not be considered a state agency, your office would seem to fit the spirit of the enabling legislation, particularly given the alleged complicity of local officials in covering up the assault of Maria Farmer and the apparent disinterest of Attorney General Yost and US Attorney DeVillers in looking into the matter. We ask that you investigate the "wrongful acts" of Abigail Wexner regarding Maria Farmer. If not you, who else can we turn to?

As you likely know, the New York Times recently broke the story (reprinted in the Columbus Dispatch) of significant misogyny at Wexner owned/controlled Victoria's Secret that included sexual assault and attempted prostitution of the models, who could not turn to Les Wexner for help because of his indifference to the health and welfare of those models. (https://www.nytimes.com/2020/02/01/business/victorias-secret-razek-harassment.html). With regard to Epstein and Strauss, it appears Ohio State and Abigail and Leslie Wexner mirrored each other by permitting a culture of sexual violence and deviancy that did great damage to those in their charge. The only way to end this cycle of sexual violence is to fully investigate those who propagated it and remove them from the University permanently.

## JEFFREY EPSTEIN

Since the release of the Perkins Coie report, hundreds of former students and Strauss victims have sued the University for its indefensible inaction in letting a known predator sexually abuse us and other young men under the guise of medical care. When it became known that the University had done nothing to protect its students and athletes, Ohio State immediately went into damage control, telling the media that the university has changed since the days of Strauss. This, of course, is nonsense. Earlier in this letter, we highlighted several examples showing that the University has not changed, and the most obvious is Ohio State's continued fealty to the Wexner family and very profitable relationship with deceased pedophile Jeffrey Epstein.

Epstein, a pedophile who ran a child sex trafficking ring with underage girls, donated through his foundation $1000 in 1990 and $2.5 million in 2007 to fund the Les Wexner Football Complex at the Woody Hayes Athletic Center. (https://www.bizjournals.com/columbus/news/2019/07/16/jeffrey-epstein-donated-2-5-million-to-ohio-state.html) The latter donation occurred while Epstein was under FBI investigation in Florida, New York, and New Mexico and it was two years after a 14-year old girl reported to the police that Epstein molested her at his mansion. (https://www.miamiherald.com/news/local/article221404845.html) Clearly, Ohio State was unconcerned about contemptable source of these donations when the checks arrived and it was not until the national press covered Epstein's federal indictment for sex trafficking in July of 2019 that the University decided to "initiate a review of gifts and donations" from Epstein on the grounds that he was "a convicted sex offender whose crimes are reprehensible, and his association with these gifts to the university is concerning." (https://www.miamiherald.com/news/local/article221404845.html). Despite its "review" and harsh statement, Ohio State never addressed why it did not immediately review its association with Epstein in the eleven years following his conviction as a sex offender in 2008.

Furthermore, as of the end of 2019, five months after beginning its review, the University has still not completed its work. (https://ohbusinessdaily.com/stories/522430619-osu-has-yet-to-make-decision-on-what-to-do-about-epstein-donations) We have no confidence that this internal review could yield anything beyond what the University has publicly stated with regard to Dr. Strauss: we are sorry it occurred, but this is not how Ohio State operates anymore. Of course, this self-cleansing statement is belied by allowing Abigail Wexner to remain on the Board, by keeping the money Epstein gave, by failing to protect current students, and by denying justice to us.

3

Instead of the likely insincere self-atonement, Ohio State could follow the lead of the Massachusetts Institute of Technology, who hired a law firm to investigate and issue a report on its relationship with Epstein. (https://www.technologyreview.com/s/615036/mit-jeffrey-epstein-donations-media-lab-joi-ito-seth-lloyd-funding-ethics/). The report found that the MIT administration had committed "significant mistakes of judgment" in accepting $850,000 in donations from Epstein between 2002 to 2017, where Epstein had visited the campus nine times over a four-year period, and where he gave even larger donations to several high ranking MIT officials for their personal ventures.

MIT commissioned this investigation because Epstein had made $850,000 worth of donations to the school, which pales in comparison to the $2.5 million he gave to Ohio State to fund its athletic center. Yet, OSU cannot seem to understand the importance of rectifying its own "significant mistakes of judgment."

Ohio State has shown that, without maximum public pressure, it will turn a blind eye to sexual predators. It ignored the reports of Richard Strauss's abuse and it is now looking the other way on Jeffrey Epstein and Abigail Wexner. And when the University does acknowledge its role in such abuses, it does not seem to show much moral courage, offering only the pretense of caring in hopes that the problem will just go away and fade from the public conscience. Ohio State should not get away with that, whether with Strauss, Epstein or Wexner, and only the results of a thorough investigation will allow people to demand better from the premier public university in this state.

Because Ohio State has shown no willingness to act appropriately, like MIT, vis-à-vis Jeffrey Epstein's donations, we ask that your office undertake the investigation to determine if Ohio State engaged in "wrongful acts" (ORC 121.42) in accepting and continuing to hold onto the ill-begotten donations from Epstein.

Simply put, Abigail Wexner has been credibly accused of facilitating at least one of Jeffrey Epstein's horrific sexual assaults, in New Albany, Ohio, and remains on the board of trustees of a university that retains Epstein's donations, as the University struggles with its own campus sexual assault culture. We love Ohio State, but for us, the current student body, and future students, we ask that you investigate these "wrongful acts" done by Abigail Wexner and Ohio State. We hope a thorough, fair and open investigation will allow Ohio State to remedy past errors, correct current ones, and ensure the safety of all future students.

Respectfully Requested,

William Knight

Eric Smith

4

_Mike Rodriguez_
Mike Rodriguez

_Dunyasha Yetts_
Dunyasha Yetts

_Mark Coleman_
Mark Coleman


cc:    The Honorable David Yost
        Attorney General, State of Ohio
        30 E. Broad St. 14th Floor
        Columbus, OH 43215
        Fax: 614-466-5087

        Ron O'Brien
        Franklin County Prosecutor
        373 South High St.
        Columbus, OH 43215
        prosecutor@franklincountyohio.gov

        Bill Hayes
        Licking County Prosecutor
        20 S. Second St.
        Newark, OH 43055
        Fax: 740-670-5242


        The Honorable David DeVillers
        United States Attorney, Southern District of Ohio
        303 Marconi Blvd, Suite 200
        Columbus, OH 43215
        Fax: 614-469-5653