EXHIBIT

P

# Strauss abuse survivors demand removal of Ohio State's Board of Trustees' chair and vice chair

WOSU 89.7 NPR News | By Katie Geniusz

Published January 20, 2026 at 4:49 PM EST



LISTEN • 1:02



Katie Geniusz  /  WOSU

Protesters outside of the Les Wexner Football Complex located in the Woody Hayes Athletic Center, this time with pictures of Chair John Zeiger and Vice Chair Elizabeth Kessler. They say the members should be removed over conflicts of interest.

Victims of former Ohio State team doctor Richard Strauss demonstrated for a second time Tuesday outside of the Les Wexner Football Complex located in the Woody Hayes Athletic Center.

WOSU 89.7
Here and Now

Protestors once again called for Wexner's name to be removed from the sports complex. They added demands for the removal of Ohio State's Board of Trustees' Chair John Zeiger and Vice Chair Elizabeth Kessler.

Protesters said the pair have conflicts of interest in regards to Wexner. Zeiger's law firm represents Wexner and Kessler is the daughter of Jack Kessler, Wexner's longtime business partner.

"Ohio State cannot heal while its board leadership remains entangled in donor loyalty and legal conflicts. The university does not belong to billionaires. It does not belong to law firms. It doesn't belong to political power," said organizer and Strauss survivor Michael DiSabato. "It belongs to its students, its athletes, its faculty, the taxpaying citizens of the state of Ohio, and most importantly, its survivors."

**RELATED:** [Strauss abuse survivors demand Les Wexner's name be removed from football complex](#)

Other speakers at the protest were former Ohio State linebacker Al Washington Sr., survivor and whistleblower Stephen Snyder-Hill and State Representative Christine Cockley (D-Columbus).

Snyder-Hill shared his frustration with the official naming review procedure.

"I'm the one that formally filed to have Mr. Wexner's name removed," he said. "There's no clear timeline about how long this will take. If you read through their entire process, it doesn't say any kind of timeline."

Snyder-Hill also noted that the board of trustees will have the final decision over name changes.

University spokesman Ben Johnson said in a statement, "University trustees are appointed by the governor with the advice and consent of the senate." He also added that it is important that the university allows the legal process to proceed for remaining plaintiffs.

Johnson also said that all male Ohio State students who filed lawsuits related the abuse have been offered the opportunity to settle. A majority of the plaintiffs, which is a total of 296 survivors, have settled.

Case: 2:23-cv-03051-MHW-EPD Doc #: 155-16 Filed: 01/27/26 Page: 3 of 6 PAGEID #: 1849

Tags: Politics & Government | Ohio State | Les Wexner | Richard Strauss | Sexual Abuse | Sexual Abuse At Ohio State | OSU Board of Trustees | Ohio News



### Katie Geniusz

See stories by Katie Geniusz

**WOSU 89.7**
**Here and Now**

## Related Content



Katie Geniusz  /  WOSU

### Strauss abuse survivors demand Les Wexner's name be removed from football complex

Katie Geniusz, December 18, 2025

Protestors demonstrated outside of the Les Wexner Football Complex, located in the Woody Hayes Athletic Center, to demand the removal of Wexner's name, citing Wexner's ties to Jeffrey Epstein.

WOSU 89.7
Here and Now



Jay LaPrete  /  AP

## Ohio State says Les Wexner shouldn't be deposed in Strauss case

WOSU News Staff, December 17, 2025

A Dec. 10 motion in federal court says none of the discovery filed to date in the lawsuit involving former Ohio State doctor Richard Strauss suggests Lex Wexner has any information relevant to any party's claim.



WOSU 89.7
Here and Now

U. S. House Committee on Oversight and Government Reform

## Les Wexner contribution to Jeffrey Epstein's birthday book released

Mark Ferenchik, September 9, 2025

A U.S. House Committee on Monday released a drawing of breasts with a birthday message and what appears to be Les Wexner's signature and a photo of what appears to be Wexner with his arm around Jeffrey Epstein.



Jay LaPrete  /  AP

## Alleged Jeffrey Epstein victim says she had multiple sexual encounters with Les Wexner

George Shillcock, January 10, 2024

The court documents, released Tuesday, are tied to a 2015 lawsuit filed by Virginia Giuffre.

LISTEN • 1:04

Stay Connected

© 2026 WOSU Public Media
WOSU 89.7
Here and Now
Donate