

40°

WATCH



EXHIBIT

R

ADVERTISEMENT

# Former wrestlers and Strauss survivors ask IG to investigate Wexner-Epstein roles at OSU

by Lu Ann Stoia
Tue, February 11, 2020 at 6:52 PM
**Updated** Tue, February 11, 2020 at 7:52 PM

00:00

03:00


WATCH

 

4
VIEW ALL PHOTOS

*Former wrestlers and Strauss survivors sent a letter to Ohio's Inspector General asking the IG to investigate the Wexner's role at Ohio State and their relationship to allegations surrounding Jeffrey Epstein. (WSYX/WTTE)*

 0 Comment     Share

TOPICS:  AMERICAN SOCIETY   BUSINESSPEOPLE   JEFFREY EPSTEIN   LES WEXNER   OHIO STATE UNIVERSITY   OHI

COLUMBUS, Ohio (WYSX/WTTE) — Another bombshell as Ohio State University's relationships with Jeffrey Epstein and the Wexner family are under scrutiny. Five former wrestlers who maintain they are victims of Dr. Richard Strauss are turning up the heat by asking Ohio's Inspector General to join in the probe of Epstein and the Wexner family.

The Inspector General's spokesman confirms they have received the complaint. Now an intake committee will review the request to determine whether the IG has jurisdiction in a case that has many central Ohioans on the edge of their seats.

The wrestlers said in a complaint they are requesting an investigation because of "Abigail Wexner's status as Vice-Chair of the Board of Trustees at OSU. Given the public allegations against Mrs. Wexner, it is extremely difficult for us to comprehend why OSU maintains its relations with Abigail Wexner and her family."

ADVERTISEMENT

 40°
WATCH

The letter said, "We ask that you investigate the wrongful acts of Abigail Wexner regarding Maria Farmer, if not you, who else can we turn to?"

Farmer has claimed she was sexually assaulted in 1996 by Jeffrey Epstein while she was working on an art project at the Wexner's New Albany estate. Farmer has said Mrs. Wexner knew about the allegations but did nothing to help her. The letter said, "given these public allegations against Mrs. Wexner, it is extremely difficult for us to comprehend why OSU maintains its relationship with Abigail Wexner and her family."

ABC 6/ FOX 28 has reached out to the Wexner family and to Farmer for comment but have not heard back.

Strauss took his own life in 2005. Former wrestlers Mark Coleman, William Knight, Eric Smith, and Dunyasha Yetts are listed on the document sent to the IG. The men allege they were sexual abuse victims of Strauss. OSU's former President of the Board of Trustees said, "We acknowledge the university's failures during Strauss' time at Ohio State. Ohio State is committed to restorative justice process and a monetary resolution."

The complaint said, "It seems obvious to us for Ohio State to properly make amends to its victims and to ensure the safety of current and future student bodies, it must cleanse itself of its shameful relationships with pedophiles and sex traffickers and those who enabled them, including both Abigail and Leslie Wexner."

OSU said in an email that since the letter to the IG was not written to them, they will not comment on it.

**SPONSORED CONTENT**  by Taboola

**Seniors Above 55 Years of Age Can Now Fly Business Class For The Price of Economy Using This**
Smart Travel Tips | SPONSORED

**Amazon Is Losing Money As Ohio Shoppers Are Canceling Prime for This Clever Hack**
Online Shopping Tools | SPONSORED