EXHIBIT

S

# Les Wexner's connections to Strauss and Epstein raised at Ohio State Board of Trustees meeting

WOSU 89.7 NPR News | By George Shillcock

Published December 4, 2025 at 4:46 PM EST



LISTEN • 1:04



George Shillcock / WOSU

Survivors of Dr. Richard Strauss's sexual abuse at Ohio State University hold up signs asking where Ohio billionaire Leslie Wexner is at an OSU Board of Trustees meeting on Dec. 4, 2025. Wexner, a former friend of the convicted sex offender Jeffrey Epstein, is defying subpoenas to be questioned in a lawsuit against OSU.

Ohio billionaire Les Wexner and his connection to Jeffrey Epstein and other sexual abuse cases was an unspoken, but undeniable cloud over Thursday's Ohio State University Board of Trustees meeting.

Fresh Air with Terry Gross

Survivors of Dr. Richard Strauss, a former OSU team doctor who sexually assaulted dozens of athletes decades ago, attended the meeting and silently protested in the back of the room, as they've done for several past meetings. This time, the group held up signs asking "Where's Wexner" and displayed images of Wexner and convicted sex offender Jeffrey Epstein.

The meeting went on as if the demonstration wasn't even there.

The survivors are suing OSU in court and have subpoenaed Wexner to be questioned about his knowledge of Strauss' actions. Steve Snyder-Hill, one of the survivors, said Wexner is defying the subpoena.

Wexner's close friend and lawyer John Zeiger chairs the board of trustees. That's who Snyder-Hill and the Strauss survivors were there to pressure on Thursday.

"A lot of stuff doesn't line up. Zeiger represents Wexner. He sits in there on that board. He's probably making a lot of the judgment calls on whether to settle, and this guy's evading a subpoena. How is any of that right?" Snyder-Hill told WOSU.

Ohio State spokesman Ben Johnson told reporters Zeiger wouldn't comment on Wexner as he stood behind a roped off area after the meeting. Reporters then asked Zeiger in the parking lot whether he would take questions.

Zeiger declined multiple times and drove away in his Audi sedan. He refused to clarify whether he still represents Wexner.

"I have no comment this afternoon," Zeiger said.



WOSU 89.7
Fresh Air with Terry Gross

*George Shillcock / WOSU*

Ohio State University Board of Trustees Chair John Zeiger speaks at a board meeting on Dec. 4, 2025.

Marion H. Little, with Zeiger's law firm, said in a statement after the meeting they are trying to figure out why the survivors want to question Wexner.

"Since early September, we have asked plaintiffs' counsel on several occasions to identify what knowledge they believe Mr. Wexner has relevant to the Strauss matter so we could consider the request. In the past three months, plaintiffs' counsel have failed to answer that question. We will address this issue with the court at the appropriate time," Little said.

Others that have been subpoenaed or deposed in this lawsuit include U.S. Congressman Jim Jordan, former OSU President E. Gordon Gee, former OSU running back Archie Griffin and former athletic director Andy Geiger.

Jordan's knowledge of Strauss' actions was the focus of an HBO documentary this year.

Wexner hasn't appeared in public in a long time, but his name and its impact is undeniable in Columbus. OSU is wrapping up construction on the 26-story medical tower, which they just stuck Wexner's name on top of to match the rest of the Wexner Medical Center complex.

Wexner once chaired the OSU Board of Trustees and the influential Columbus Partnership. Wexner and his wife Abigail Wexner's names are on the medical center, Nationwide Children's Hospital, the Wexner Center for the Arts and other buildings around town.

Wexner founded The Limited, now known as L Brands, which owned Abercrombie and Fitch, Bath and Body Works and Victoria's Secret.

Wexner's relationship with Epstein has been well documented for decades, including in a 2003 Vanity Fair feature on Epstein. The article and a photo of Epstein and Wexner has been featured in the release of emails and documents from Epstein released by Democrats in the U.S. House of Representatives.

The full U.S. House, including every Democrat and nearly every Republican, voted to compel the U.S. Department of Justice to release investigatory files on Epstein. The

WOSU 89.7
Fresh Air with Terry Gross

Trump administration has yet to do so, despite President Trump voicing support for the release of the files.



Jay LaPrete / AP

This Sept. 19, 2014 file photo shows retail mogul Leslie Wexner, at the Wexner Center for the Arts in Columbus, Ohio.

Wexner, the prominent Ohio State University alumnus and donor, was a former business associate of Epstein and is now Ohio's richest person with an estimated worth of $10 billion. Epstein, who died by suicide while in prison in 2019, allegedly ran a sex trafficking ring that trafficked underage girls to rich people.

A photo of Wexner at a party with Epstein and an image of a lewd birthday message Wexner wrote to Epstein in 2003 on his 50th birthday were put on posters by Strauss abuse survivors.

Wexner hired Epstein to be his money manager and became close friends with the New York City financier. Epstein owned properties developed by Wexner's New Albany Company. Wexner also sold Epstein a Manhattan mansion for just $1.

Wexner has previously denounced Epstein and said he cut ties with him in 2007, after allegations first emerged claiming Epstein slept with a minor.

It isn't just Strauss and Epstein that Wexner has ties to. He also hired former Abercrombie and Fitch CEO Mike Jeffries, who faced his own sex trafficking and sexual assault allegations in court from models at the clothing company.

WOSU 89.7
Fresh Air with Terry Gross

The Wexner Medical Center's emergency room is named for Abercrombie and Fitch.

Johnson provided the same statement the university has sent about the Strauss case for the past several years.

"Since 2018, Ohio State has reached settlement agreements with more than half of the plaintiffs, 296 survivors, for more than $60 million. All male students who filed lawsuits have been offered the opportunity to settle. In addition, the university continues to cover the cost of professionally certified counseling services and other medical treatment, including reimbursement for counseling and treatment received in the past. Ohio State led the effort to investigate and expose Richard Strauss, and we express our deep regret and apologies to all who experienced Strauss' abuse," the statement said.

Snyder-Hill said Wexner and others accepting the subpoenas and taking questions will help to clear up facts in the case. He criticized Ohio State and the others for not cooperating.

"(Taking questions under oath) shows cooperation. It shows a willingness to come forward. I mean, all we've ever wanted anybody to do at OSU is to step up and act like that they care," Snyder-Hill said.

**Tags**

Politics & Government | Leslie Wexner | Richard Strauss | jeffrey epstein | Mike Jeffries | Ohio State | Sexual Abuse | lawsuits | Board of trustees | Ohio News



### George Shillcock

George Shillcock is a reporter for 89.7 NPR News since April 2023. George covers breaking news for the WOSU newsroom.

See stories by George Shillcock

WOSU 89.7
**Fresh Air with Terry Gross**