**EXHIBIT**

**T**

25°

**CLOSINGS AND DELAYS**
There are currently 6 active closings. Click for more details.



NEW AT 5
**STRAUSS SURVIVORS: WOODY OR WEXNER?**
DEMANDING OHIO STATE REMOVE WEXNER NAME FROM WOODY HAYES ATHLETIC CENTER

OHIO STATE UNIVERSITY

## Survivors of OSU doctor's sex abuse protest Les Wexner's name on university building

by: **Katie Millard**, **Colleen Marshall**
Posted: Dec 17, 2025 / 04:55 PM EST
Updated: Dec 18, 2025 / 07:27 AM EST

SHARE   

COLUMBUS, Ohio (WCMH) — At least a dozen survivors of sexual assault protested outside of the Woody Hayes Athletic Center on Wednesday in calls to remove billionaire Les Wexner's name from the facility.

The "Woody or Wexner ... etic center, with protesters citing conce ... edge of any wrongdoing, and he ha ...

The protest was organized by survivors of Richard Strauss, a former OSU athletic doctor who sexually abused male athletes at the university for two decades. Strauss survivors were joined at the protest by some former University of Michigan athletes who had survived abuse from another former sports doctor, Robert Anderson. Several dozen protesters attended in all, holding signs and donning shirts that read "Woody or Wexner."

"I guarantee if something like this had happened during his era when he was alive — there is no way it would have happened," Al Washington, Ohio State linebacker from 1977 to 1981 said of Hayes. "He would take his name off because he stood for what was right."

ADVERTISEMENT



Wexner, Ohio's wealthiest man, has never been charged with involvement in any affiliate's wrongdoing. Strauss survivors who gathered Wednesday said Wexner has been connected to three sex offenders, and they want the university to cut ties.

**Senate Bill 1 puts hurdles in front of Ohio State Black student organization ❯**

The protest name refers to Wexner and Woody Hayes, famed head football coach at Ohio State who won five national titles and 13 Big Ten crowns during his tenure from 1951 to 1978. Hayes is the namesake for the Woody Hayes Athletic Center, which houses the Les Wexner Football Complex. Strauss survivors want the university to remove Wexner's name that facility.

ADVERTISEMENT

Wexner had a well-documented financial relationship and eventual friendship with convicted sex offender Jeffrey Epstein. Wexner cut ties

Next story in 5

According to an anonymous gift agreement from 2005, Les Wexner's wife, Abigail, agreed to give $5 million to OSU in exchange for naming rights to the football practice facility within the Woody Hayes Athletic Center. The agreement appears to be signed by Epstein. Bank records show Les Wexner and a foundation linked to Epstein each donated $2.5 million in 2007, funding the Les Wexner Football Complex within the athletic center.

The EY review found the $2.5 million donation from Epstein's foundation originated with Wexner, not Epstein. EY said the money was transferred from Wexner to Epstein, then to the university. OSU said EY provided full access to records in their review and was confident in its determination.

ADVERTISEMENT

Although Ohio State made the records of the $5 million transaction public, Strauss survivor Mike DiSabato, speaking on behalf of other survivors, said there was no clear record that proved the money originated with Les Wexner. An internal email from Ohio State employees directed both $2.5 million donations to be credited to Abigail Wexner, but DiSabato said the university has yet to prove where the funds originated before Epstein's donation.

"Ohio State University cannot credibly separate itself from these facts, nor can it justify continuing to honor Les Wexner with an athletic facility named after Coach Hayes," DiSabato said.

**Federal funding abruptly canceled for key Ohio manufacturing program ❯**

Les Wexner was chair of the Ohio State Board of Trustees in 1996 and 1997 when the university quietly investigated Strauss and released him from his contracts. Both a spokesperson for Wexner and Ohio State University maintain Wexner has no relevant knowledge of Strauss's assaults and subsequent departure from the university.

University records show Wexner was not present at the initial disciplinary hearing for Strauss, which included four people and no victim testimony. Records show Wexner was appointed chair of the Board of Trustees one month before Strauss's hearing, and was appointed to a three-member personnel committee the day after the hearing.

CONTENT CONTINUES BELOW SURVEY

Strauss survivors and their lawyers have been trying to subpoena Wexner in ongoing litigation between survivors and OSU, claiming he must have had information about the disciplinary investigation due to his prominent role on the board. The subpoena efforts have been stalled, as lawyers and officers have been unable to personally serve Wexner.

Next story in 5

Limited, was Abercrombie's parent company, the brands split from their affiliation in 1998, over 20 years before allegations against Jeffries were widely publicized.

In a legal filing submitted last week, Ohio State said Wexner has no association with Strauss or his crimes.

ADVERTISEMENT

"The university continues to cover the cost of professionally certified counseling services and other medical treatment, including reimbursement for counseling and treatment received in the past," Johnson said. "Since 2018, Ohio State has sincerely and persistently tried to reconcile with survivors through monetary and non-monetary means. The remaining plaintiffs elected to continue litigation, and it is important that we allow the legal process to proceed."

Ohio State has a naming review procedure where individuals can prove misconduct or inappropriate behavior by buildings' namesakes to get names removed from buildings. Requests must be approved by the provost, undergo a standing advisory committee's evaluation, receive a recommendation from the university president, then finally be approved by the board of trustees.

**ADD AS PREFERRED SOURCE ON GOOGLE**

**Suggest a Correction**

Copyright 2026 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**SPONSORED CONTENT**

Privacy Policy

**87% of Dementia Cases Linked to 3 Foods. You Probably Ate #1 Today**
Brain Trending Topics

**Seniors Above 55 Years of Age Can Now Fly Business Class For The Price of Economy Using This**
Smart Travel Tips

Learn More

**Lungs Push Out Years of Mucus With This Simple Bedtime Trick**
Breathe Free

Learn More

Next story in 5

Sleep Digest Publication