**EXHIBIT**

**V**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE SNYDER, et al.,** | : | |
| **Plaintiffs,** | : | **Case No. 2:23-cv-2993** |
| | : | **Judge Michael H. Watson** |
| **v.** | : | **Magistrate Judge Deavers** |
| **THE OHIO STATE UNIVERSITY,** | : | |
| **Defendant.** | : | |

_____

| | | |
|---|---|---|
| **WILLIAM KNIGHT, et al.** | : | |
| **Plaintiffs,** | : | **Case No. 2:23-cv-2994** |
| | : | **Judge Michael H. Watson** |
| **v.** | : | **Magistrate Judge Deavers** |
| **THE OHIO STATE UNIVERSITY,** | : | |
| **Defendant.** | : | |

_____

| | | |
|---|---|---|
| **EDWARD GONZALEZ, et. al.,** | : | |
| **Plaintiffs,** | : | **Case No. 2:23-cv-3051** |
| | : | **Judge Michael H. Watson** |
| **v.** | : | **Magistrate Judge Deavers** |
| **THE OHIO STATE UNIVERSITY,** | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER**

This matter is before the Court to consider the Motion of Non-Party Leslie Wexner for an

Order (a) Quashing Plaintiffs' Deposition Subpoena of January 13, 2026 or Alternatively Issuing

a Protective Order Prohibit Such Deposition and (b) Awarding Non-Party All Fees and Expenses. The Court finds said motion to be MERITORIOUS it is hereby ORDERED as follows:

     1.    The subpoena of January 13, 2026, issued by Plaintiffs is hereby quashed and a Protective Order is issued prohibiting any further discovery by Plaintiffs of Mr. Wexner.

     2.    Mr. Wexner is awarded attorneys fees and expenses in securing such relief. Mr. Wexner shall submit, within fourteen (14) days from the date of this order a fee application documenting his incurred fees and expenses.  Plaintiffs shall have seven (7) days thereafter to file any objections to Mr. Wexner's fee application.  If there are no objections, the Court will consider such application and make an appropriate award.  If objections are made, the Court will schedule this matter for an evidentiary hearing.

     IT IS SO ORDERED:


_____
Judge Michael H. Watson


770-980:1075548

2