**EXHIBIT**

**W**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **STEVE SNYDER, et al.,** | : | |
| Plaintiffs, | : | Case No. 2:23-cv-2993 |
| | | Judge Michael H. Watson |
| v. | : | Magistrate Judge Deavers |
| **THE OHIO STATE UNIVERSITY,** | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **WILLIAM KNIGHT, et al.** | : | |
| Plaintiffs, | : | Case No. 2:23-cv-2994 |
| | | Judge Michael H. Watson |
| v. | : | Magistrate Judge Deavers |
| **THE OHIO STATE UNIVERSITY,** | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **EDWARD GONZALEZ, et. al.,** | : | |
| Plaintiffs, | : | Case No. 2:23-cv-3051 |
| | | Judge Michael H. Watson |
| v. | : | Magistrate Judge Deavers |
| **THE OHIO STATE UNIVERSITY,** | : | |
| Defendant. | : | |

## DECLARATION OF LESLIE H. WEXNER

I, Leslie H. Wexner, declare under penalty of perjury, based on personal knowledge, as follows:

1

1. I am a graduate of the Ohio State University.

2. I served on the Ohio State Board of Trustees between 1998 and 1997 and again between 2005 and 2012.

3. I have been advised that the Plaintiffs in Gonzales et al. v. The Ohio State University, Case No. 2:23-cv-03051 (S.D. Ohio), Snyder-Hill et al. v. The Ohio State University, Case No. 23-cv-02993 (S.D. Ohio), and Knight et al. v. The Ohio State University, Case No. 23-cv-02994 (S.D. Ohio) (collectively, the "Strauss Litigation") have issued a subpoena requesting to take my deposition testimony.

4. To the best of my knowledge and recollection, I have never communicated with Dr. Richard Strauss in person, or by written, telephonic, electronic or other means.

5. To the best of my knowledge and recollection, I had no communication with any person regarding Dr. Strauss at any point during my tenure as a member of the Board of Trustees.

6. Even following my tenure as a member of the Board of Trustees, I do not have a recollection of any discussions regarding Dr. Strauss. I did not oversee any investigation conducted by the University. And to the extent I was asked any questions on the subject by any investigation undertaken by the University, I frankly have no specific recollection, which is of little surprise since I would have nothing to disclose or share on the matter.

[Signature on following page.]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 27, 2026.

_____
Leslie H. Wexner