**EXHIBIT X**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **STEVE SNYDER, et al.,** | : | |
| Plaintiffs, | : | **Case No. 2:23-cv-2993** |
| | | **Judge Michael H. Watson** |
| v. | : | **Magistrate Judge Deavers** |
| **THE OHIO STATE UNIVERSITY,** | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **WILLIAM KNIGHT, et al.** | : | |
| Plaintiffs, | : | **Case No. 2:23-cv-2994** |
| | | **Judge Michael H. Watson** |
| v. | : | **Magistrate Judge Deavers** |
| **THE OHIO STATE UNIVERSITY,** | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **EDWARD GONZALEZ, et. al.,** | : | |
| Plaintiffs, | : | **Case No. 2:23-cv-3051** |
| | | **Judge Michael H. Watson** |
| v. | : | **Magistrate Judge Deavers** |
| **THE OHIO STATE UNIVERSITY,** | : | |
| Defendant. | : | |

## DECLARATION OF MARION H. LITTLE, JR.

I, Marion H. Little, Jr., declare under penalty of perjury, based on personal knowledge, as follows:

1. I am one of the attorneys representing Leslie Wexner in the above-referenced litigation.

2. I am a partner with the law firm of Zeiger, Tigges & Little LLP (the "Firm"). Further, I also serve as the presiding partner of the Firm and thus have custody of the Firm's business records.

3. Exhibit V to the Motion of Non-Party Leslie Wexner for an Order (a) Quashing Plaintiffs' Deposition Subpoena of January 13, 2026 or Alternatively Issuing a Protective Order Preventing Such Deposition and (b) Awarding Non-Party All Fees and Expenses ("Motion") is a proposed order for the Court's consideration.

4. Exhibit A to the Motion is a true and accurate copy of the 2024 Records Subpoena.

5. Exhibit B to the Motion is a true and accurate copy of a March 13, 2024 letter from Matthew Zeiger to Scott E. Smith.

6. Exhibit C to the Motion is a true and accurate copy of a September 10, 2025 letter from Matthew Zeiger to Sarah Bradshaw.

7. Exhibit D to the Motion is a true and accurate copy of a September 26, 2025 email from Matthew Zeiger to Sarah Bradshaw.

8. Exhibit E to the Motion is a true and accurate copy of a September 29, 2025 email from Sarah Bradshaw to Matthew Zeiger.

9. Exhibit F to the Motion is true and accurate copy of an October 1, 2025 email from Matthew Zeiger to Sarah Bradshaw.

10. Exhibit G to the Motion is a true and accurate copy of an October 6, 2025 email from Sarah Bradshaw to Matthew Zeiger.

11. Exhibit H to the Motion is a true and accurate copy of an October 10, 2025 letter from Marion Little to Sarah Bradshaw.

12. Exhibit I to the Motion is a true and accurate copy of a December 4, 2025 email from Sarah Bradshaw to Matthew Zeiger.

13. Exhibit J to the Motion is a true and accurate copy of a December 10, 2025 letter from Marion Little to Sarah Bradshaw.

14. Exhibit K is a true and accurate copy of an email of September 5, 2025 from Sarah Bradshaw to Matthew S. Zeiger.

15. Pursuant to Local Rule 37.1, the foregoing correspondence between the Firm and Plaintiffs' Counsel demonstrates that the parties have first exhausted among themselves all extrajudicial means for resolving their dispute before I filed the Motion.

16. I have directed the Firm's staff to conduct various internet searches and reviews for statements attributed to either Plaintiffs or counsel for the Plaintiffs in <u>Gonzales et al. v. The Ohio State University</u>, Case No. 2:23-cv-03051 (S.D. Ohio), <u>Snyder-Hill et al. v. The Ohio State University</u>, Case No. 23-cv-02993 (S.D. Ohio), <u>Knight et al. v. The Ohio State University</u>, Case No. 23-cv-02994 (S.D. Ohio) (collectively, the "Strauss Litigation").

17. From this search we have identified the following materials:

- Exhibit L are copies of Instagram Video Images.

- Exhibit M is a copy of a December 5, 2019 letter to Ohio's Attorney General Dave Yost, and the U.S. Attorney for the Southern District of Ohio.

- Exhibit N is a copy of a December 6, 2019 U.S. News Article "Former Ohio State wrestlers support Jeffrey Epstein accuser."

- Exhibit O is a copy of a February 7, 2020 letter to the Ohio Inspector General.

- Exhibit P is a copy of a January 20, 2026 WOSU Article "Strauss abuse survivors demand removal of Ohio State's Board of Trustees' chair and vice chair _WOSU Public Media."

- Exhibit Q is a copy of a February 10, 2020 U.S. News Article "Former Ohio State wrestlers call for investigation into university's ties to Jeffrey Epstein."

- Exhibit R is a copy of a February 11, 2020 News Report "Former OSU wrestlers want investigation into Abigail Wexner over Epstein allegations _ Local News _ columbusjewishnews.com."

- Exhibit S is a copy of a December 4, 2025 WOSU Article "Les Wexner's connections to Strauss and Epstein raised at Ohio State Board of Trustees meeting _ WOSU Public Media."

- Exhibit T is a copy of a December 17, 2025 NBC4 Article "Survivors of OSU doctor's sex abuse protest Les Wexner's name on university building _ NBC4 WCMH-TV."

- Exhibit U is a copy of a December 17, 2025 U.S. News Article "Ohio State alumni demand name of top donor Les Wexner be removed from football facility."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 27, 2026.

_____
Marion H. Little, Jr.

770-980:1075537