UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE 162,** *et al.***,**

    **Plaintiffs,**

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2991**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**STEVE SNYDER-HILL,** *et al.***,**

    **Plaintiffs,**

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2993**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**WILLIAM KNIGHT,** *et al.***,**

    **Plaintiffs,**

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2994**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

STEVE GRESOCK,

        Plaintiff,                              Case No. 2:23-cv-2996
                                              Judge Michael H. Watson
      v.                                    Magistrate Judge Elizabeth P. Deavers

THE OHIO STATE UNIVERSITY,

        Defendant.

---

EDWARD GONZALEZ, *et al.*,

        Plaintiffs,
                                              Case No. 2:23-cv-3051
      v.                                    Judge Michael H. Watson
                                              Magistrate Judge Elizabeth P. Deavers

THE OHIO STATE UNIVERSITY,

        Defendant.

---

## ORDER

By Opinion and Order dated January 28, 2026,[1] the Court granted Plaintiffs' Motion to Compel Documents and Information from Defendant Related to the Perkins Coie Investigation and Report. In lieu of ordering any production of documents, the Court directed the parties to meet and confer. The Court further directed the parties to advise the Court of their progress within thirty days.

On February 27, 2026, the parties submitted a joint report to the Court advising of their progress in negotiating appropriate and proportional discovery related to the Perkins Coie

---

[1] ECF No. 150 in *Snyder-Hill v. The Ohio State University*, Case No. 2:23-cv-2993.

Investigation and Report.  Having thoroughly considered the parties' positions set forth in that submission, at this time, the Court **DIRECTS** the parties to continue to meet and confer about the identified issues and to report back to the Court regarding their progress no later than **FRIDAY MARCH 6, 2026.**

    **IT IS SO ORDERED**.

Date: March 3, 2026

                                          */s/ Elizabeth A. Preston Deavers*
                                          ELIZABETH A. PRESTON DEAVERS
                                          UNITED STATES MAGISTRATE JUDGE