**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| STEVE SNYDER-HILL, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02993 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Chelsey M. Vascura |
| Defendant. | |
| WILLIAM KNIGHT, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02994 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Chelsey M. Vascura |
| Defendant. | |
| EDWARD GONZALES, | |
| Plaintiff, | Case No. 2:23-cv-3051 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Chelsey M. Vascura |
| Defendant. | |

**MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED VERSION OF
PLAINTIFFS' MOTION FOR LEAVE TO DEPOSE WITNESS AFTER CLOSE OF
DISCOVERY**

Pursuant to S.D. Ohio Civ. R. 5.2.1, and Paragraph 5(c) of the parties' stipulated Protective Order, (Case No. 23-cv-3051, ECF 16) which requires all deposition testimony receive a blanket confidentiality designation until fourteen (14) days after receipt of the transcript, Plaintiffs move the Court for leave to file under seal an unredacted version of Plaintiffs' Motion to Depose Witness After Close of Discovery. Plaintiffs do so solely under the provisions of the parties' Protective Order and do not believe that the redacted information meets the standard to seal under *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299 (6th Cir. 2016). Specifically, the information sought to be redacted describes in general terms the employment history of an employee of Defendant Ohio State University.

Because none of the material contained in the underlying Motion will be treated as confidential once these designations of the transcript are made, as it all constitutes "regular-publicly-available discovery" (*Id.* at 5) and to minimize the briefing on this issue of sealing, Plaintiffs sought consent from Carpenter Lipps, LLP, counsel for Defendant Ohio State University and the deponent, to file their Motion unredacted, which they declined to provide. Accordingly, under the terms of their Protective Order, Plaintiffs move the Court for leave to file under seal an unredacted copy of their Motion for Leave to Depose Witness After Close of Discovery, until 14 days after confidentiality designations are made and the entirety transcript no longer constitutes Protected Information, and the unredacted version may be displayed on the public docket.

1

Dated: April 29, 2026

Respectfully submitted,

/s/ *Sarah T. Bradshaw*
Rex A. Sharp
Sarah T. Bradshaw
Nathan A. Kakazu
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
Phone : (913) 901-0505
Fax : (913) 261-7564
rsharp@midwest-law.com
sbradshaw@midwest-law.com
nkakazu@midwest-law.com

Simina Vourlis (0046689) (Trial Attorney)
The Law Offices of Simina Vourlis
856 Pullman Way
Columbus, OH 43212-3860
Phone: (614) 487-5900
Fax: (614) 487-5901
Email: svourlis@vourlislaw.com

Stephen Estey
ESTEY & BOMBERGER LLP
2869 India Street
San Diego, CA 92103
Phone: 619-295-0035
Fax: 619-295-0172
steve@estey-bomberger.com

Daniel R. Karon
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Phone: 216.622.1851
dkaron@karonllc.com

Joseph Sauder
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, PA 19312
Phone: (610) 200-0580

2

Fax: (610) 421-1326
jgs@sstriallawyers.com

Counsel for the *Gonzales* Plaintiffs (*Gonzales, et al.*, Case No. 2:23-cv-3051)


EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Ilann M. Maazel (admitted pro hac vice)
Debra L. Greenberger (admitted pro hac vice)
Hannah Brudney (admitted pro hac vice)
Laura Kokotailo (admitted pro hac vice)
Claire Abbadi (admitted pro hac vice)
One Rockefeller Plaza, 8th Floor
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbawm.com
E-Mail: dgreenberger@ecbawm.com
E-Mail: hbrudney@ecbawm.com
E-Mail: lkokotailo@ecbawm.com
E-Mail: cabbadi@ecbawm.com

SCOTT ELLIOT SMITH, LPA
Scott E. Smith (0003749)
2727 Tuller Pkwy, Suite 140
Dublin, OH  43017
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail: ses@sestriallaw.com

Adele P. Kimmel (admitted pro hac vice)
Alexandra Brodsky (admitted pro hac vice)
PUBLIC JUSTICE
1620 L Street, NW, Suite
630 Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net

Counsel for the *Snyder-Hill* Plaintiffs (*Snyder-Hill, et al.*, Case No. 2:23-cv-02993)

J.C. Ratliff (0027898)
Rocky Ratliff (0089781)

3

200 West Center Street
Marion, Ohio 43302
Telephone: 740.383.6023
Facsimile: 740.383.2066
attorney.ratliff@gmail.com
attorneyrockyratliff@gmail.com

Counsel for the *Knight* Plaintiffs (*Knight, et al.*,
Case No. 2:23-cv-02994)

## CERTIFICATE OF SERVICE

A copy of this document was served by the Court's ECF System on all counsel of record

on April 29, 2026, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Sarah T. Bradshaw*
Sarah T. Bradshaw