## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**EDWARD GONZALES,** *et al.***,**

        **Plaintiffs,**

  **v.**

**THE OHIO STATE UNIVERSITY,**

        **Defendant.**

**Civil Action 2:23-cv-3051**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to File Under Seal Unredacted Version of Plaintiffs' Motion for Leave to Depose Witness After Close of Discovery (ECF No. 202). Plaintiffs have contemporaneously filed their Motion for Leave to Depose Witness After Close of Discovery in redacted form. (ECF No. 203.) Plaintiff maintains that filing the unredacted motion under seal is necessary because the motion relies on information obtained during the recent deposition of an OSU employee, and the parties' stipulated protective order requires that all deposition transcripts be kept confidential for 14 days while the parties determine whether to designate all or a portion of the transcript as confidential.

For good cause shown, Plaintiffs' Motion for Leave to File Under Seal (ECF No. 202) is **GRANTED**. Plaintiffs shall file, **ON OR BEFORE MAY 4, 2026**, an unredacted version of their Motion for Leave to Depose Witness After Close of Discovery **UNDER TEMPORARY SEAL**. If any party wishes to maintain the Motion for Leave to Depose Witness After Close of

2

Discovery under permanent seal, they must file a properly supported motion to that effect **ON OR BEFORE MAY 29, 2026**. If no such motion is filed, the unredacted version of the Motion for Leave to Depose Witness After Close of Discovery will be unsealed by the Court.

       **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE