**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**EDWARD GONZALES,** *et al.***,**

**Plaintiffs,**

**v.**

**THE OHIO STATE UNIVERSITY,**

**Defendant.**

**Civil Action 2:23-cv-3051**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**


**ORDER**

This matter is before the Court on Plaintiffs' Motion for Leave to Depose Witness After Close of Discovery (ECF No. 203). The Court notes OSU's objection, but finds that Plaintiffs have demonstrated good cause for deposing the former OSU employee identified during the deposition of Dr. Louise Douce after the May 1, 2026 discovery deadline. Plaintiffs' Motion (ECF No. 203) is therefore **GRANTED**.

After Plaintiff serves the deposition subpoena, the parties are **ORDERED** to work with each other and the former OSU employee to find a mutually agreeable time for the deposition as soon as is practicable. The deposition shall take place remotely and shall be strictly limited in scope to the topic identified in Plaintiffs' Motion. This Order does not authorize any discovery after the May 1, 2026 discovery deadline apart from this one deposition.

2

The Court **CAUTIONS** Plaintiffs that no other case deadlines will be extended as a result of this deposition.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE


/s/ *Michael H. Watson*
MICHAEL H. WATSON
UNITED STATES DISTRICT JUDGE