**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**STEVE SNYDER-HILL,** *et al.*,

        **Plaintiffs,**

    **v.**

**THE OHIO STATE UNIVERSITY,**

        **Defendant.**

**Civil Action 2:23-cv-2993**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

---

**WILLIAM KNIGHT,** *et al.*,

        **Plaintiffs,**

    **v.**

**THE OHIO STATE UNIVERSITY,**

        **Defendant.**

**Civil Action 2:23-cv-2994**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

---

**EDWARD GONZALES,** *et al.*,

        **Plaintiffs,**

    **v.**

**THE OHIO STATE UNIVERSITY,**

        **Defendant.**

**Civil Action 2:23-cv-3051**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on Defendant's Motion to File Under Seal (Case No. 23-2993, ECF No. 204; Case No. 23-2994, ECF No. 140; Case No. 23-3051, ECF No. 211). Defendant has contemporaneously filed its Motions to Dismiss in redacted form. (Case No. 23-2993, ECF No. 202–03; Case No. 23-2994, ECF No. 138–39; Case No. 23-3051, ECF No. 209–10.) Defendant maintains that filing the unredacted Motions and supporting exhibits under seal is necessary because the Motions include sensitive information regarding the sexual abuse of Plaintiffs and the identities of John Doe Plaintiffs proceeding anonymously, as well as information protected by the Family Education Rights and Privacy Act.

For good cause shown, Defendant's Motion to File Under Seal (Case No. 23-2993, ECF No. 204; Case No. 23-2994, ECF No. 140; Case No. 23-3051, ECF No. 211) is **GRANTED**. Defendant shall file, **ON OR BEFORE MAY 18, 2026**, unredacted versions of their Motions to Dismiss.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

2