# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**EDWARD GONZALES**, *et al.*,

     **Plaintiffs**,

    v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Civil Action 2:23-cv-3051**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on Plaintiffs' Motions for Leave to File Under Seal Unredacted Version of (1) Plaintiffs' Opposition to Ohio State's Asserted Privilege and Work Product to Perkins Coie Related Discovery (ECF No. 220) and (2) Plaintiffs' Submission of Dr. Michael Drake's Testimony in Further Support of Motion to Compel Perkis Coie-Related Communications (ECF No. 222). Plaintiffs have contemporaneously filed these documents in redacted form. (ECF Nos. 219, 221.) Plaintiffs maintain that filing the unredacted documents under seal is necessary because they rely on information obtained during recent depositions, and the parties' stipulated protective order requires that all deposition transcripts be kept confidential for 14 days while the parties determine whether to designate all or a portion of the transcript as confidential.

For good cause shown, Plaintiffs' Motions for Leave to File Under Seal (ECF Nos. 220, 222) are **GRANTED**. Plaintiffs shall file, **ON OR BEFORE MAY 26 2026**, an unredacted

version of the documents in question **UNDER TEMPORARY SEAL**. If any party wishes to maintain the documents in question under permanent seal, they must file a properly supported motion to that effect **ON OR BEFORE JUNE 18, 2026**. If no such motion is filed, the unredacted version of the documents in question will be unsealed by the Court.

        **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

2